CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
KAREN D. BEAUSEY (CABN 155258)
Assistant United States Attorneys

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 5:25-cr-47 NW |
| Plaintiff, | ) |
| | ) UNITED STATES' MEMORANDUM RE: ORDER |
| v. | ) OF FORFEITURE |
| JEFFREY PRICE, | ) |
| Defendant. | ) |

On July 1, 2025, defendant Jeffrey Price pled guilty pursuant to a plea agreement to Possession of a Firearm Silencer Without a Serial Number in violation of 26 U.S.C. §5861, and Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Dkt. 125. On December 2, 2025, the Court sentenced the defendant to 110 months in prison. Dkt. 132. As part of the defendant's sentence, the Court ordered the defendant's right, title and interest in the following property is forfeited to the United States:

    a) one firearm silencer seized on September 23, 2020;

    b) one black rifle bipod seized on September 23, 2020;

    c) a complete upper receiver and complete lower receiver with trigger and collapsible butt stock

1      for an AR-15 style assault rifle seized on September 23, 2020;

2      d) any and all ammunition seized on September 23, 2020;

3      e) an iPhone seized on September 23, 2020; and

4      f) all property constituting and derived from the proceeds the Defendant obtained, directly or indirectly, as a result of a violation of 21 U.S.C. § 841(b)(1)(C), and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses of conviction.

The United States represents that Assets A, B, C and D were administratively forfeited by ATF in 2021, and that Asset E is not within the possession of the United States. Accordingly, all assets subject to forfeiture in this matter have already been forfeited and no further Order of the Court regarding forfeiture is necessary.

DATED: December 5, 2025          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Karen Beausey_
KAREN BEAUSEY
Assistant United States Attorney